FRANK A. WEDDIGAN et al., Respondents, *v.* WILLIAM F. WHITING, Appellant.

*Weddigan* v. *Whiting,* 114 App. Div. 915, appeal dismissed.
(Argued January 7, 1907; decided January 15, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 21, 1906, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the appeal was improperly taken.

*E. C. Aiken* for motion.

*Charles F. Lyon* opposed.

Motion granted and appeal dismissed, without costs.